WR-49,534-25

Court Of Criminal Appeals
P.O.Box 12308 Capitol Station
Austin,Tex. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 16 2015

Abel Acosta, Clerk

To The Honorable Judges Of This Said Court;

   My name is GREGORY CLAYBON,my case number 49534.  On July 31st,2015 I submitted a pitition for review asking this court to please re-examine the information that was submitted to this court by the state as being a falsified and a fabrication of facts,finding and conclusion of laws.

   I submitted the perponderance of proof showing that the state had deceived this court into beleiving that what they had submitted was the truth and true documents.

The perponderance of proof that I submitted shows that the docum documents that the state claims to be true documents was indeed all falsified documents submitted on April 7th 2004.These documents do not exist,they were created by the state to cover up the real truth.

Dallas Ocounty District Attorney Luara Coats knew that the documents that she was submitting to this court at that time was and is false documents.


She stated that at my original court hearing I pleaded guilty but the original court hearing records are lost and destroyed.That being the case the state should not be allowed to speculate what went on inthat court room.Without those court records are  they sure I was not coersed into excepting or agreeing to a plea of guilty.Can they show proof that I was treated fairly at that hearing.Can they show that the judge admonished me about submitting a plea of guilty.

The state said that my rights to due process was not violated on August 5th 1998, when Judge Warder extened my probation for the first time.I have submitted proof that from june of 1998 to january 19,1999 I was in jail and had not been release during that time.

The state indecates that I had failed to carry out my part of the agreement made at the june 1998 revocation hearing.The state said that from the june 1998 revocation hearing to the augast 5th 1998 revocation hearing I was released from jail and was re-arested a motion to exten my probation was issued and a court hearing was conducted.How could I have violated my agreement When I was never released from jail in order to violate my agreement.I submitted proof that the court room scenario that the state submitted as a true document do not exsist nor did it exsist.

The document that the state says is the motoin to extend my probation was created by Dallas County District Attorney Laura Coats She knew she was submitting a false and fabricated documant.She knew that this court do not question the truthfulness of their documents.

I beg this court to please re-examine the proof I submitted challanging all the information the state submitted as their facts,

findings and conclusion of laws as being falsified documents sub-mitted mainly to deceive this court.

Sincerely Submitting,
GREGORY CLAYBON
3701Vilbig rd.
Dallas, Tex. 75212
Case # 49,534

Acording to the rule book, it state's that my petition should have been given an answer by now.If this court has denied me relief I need your answer to submit it to the federal Court of appeals in the Fifth District.

Gregory Claybon

9-12-2015